IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| TIMOTHY GUSTAFSON | § | |
| and SHERRI GUSTAFSON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-13-172 |
| | § | |
| FIDELITY NATIONAL PROPERTY | § | |
| AND CASUALTY INSURANCE CO. | § | |

## FINAL JUDGMENT

On this day the Court granted the Motion for Summary Judgment of Defendant, Fidelity National Property and Casualty Insurance Company, and ordered the dismissal the Complaint of Plaintiffs, Timothy and Sherri Gustafson.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiffs, Timothy and Sherri Gustafson, **TAKE NOTHING**; that their Complaint is **DISMISSED on the merits with prejudice**; and that the Parties **SHALL** each bear their own costs.

**THIS IS A FINAL AND APPEALABLE JUDGMENT**.

**DONE** at Galveston, Texas, this _____18th_____ day of June, 2015.

John R. Froeschner
United States Magistrate Judge